THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 08-688 PVT |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF BOREL BANK AND TRUST |
| v. | |
| BOREL BANK and TRUST COMPANY, SARO YAMAGAMI TRUST, | |
| Defendants. _____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily

dismisses Borel Bank and Trust from the above-captioned action without prejudice.

Date: June 29, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

C 08-688 PVT                                    1